UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-against-                                      AFFIDAVIT OF SERVICE
                                                        CV 07 6423

ROBERT OLINS, SPATIALIGHT, INC., et al.,

          Defendants.
------------------------------------------------X
STATE OF NEW YORK  )
                             S.S.:
COUNTY OF ALBANY   )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 31ST day of January, 2008, at approximately the time of 12:15P.M., deponent served a true copy of the SUMMONS AND COMPLAINT upon ARGYLE CAPITAL MANAGEMENT CORP., c/o Registered Agent, Corporation Service Company at 80 State Street, Sixth Floor, Albany, New York by personally delivering and leaving the same with NIKKI CHAPPLE, who informed deponent that she is an agent authorized by appointment to receive service at that address.

        NIKKI CHAPPLE is a black female, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 185 pounds with black hair and brown eyes.

_____
DEBORAH LaPOINTE
Sworn to before me this
31ST day of January, 2008

_____
NOTARY PUBLIC

Frank J. Panucci
Notary Public-State of NY
Qualified in Albany Co.
No. 4721156
Comm. Expires July 31, 2010

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050