Dean W. Conway, Esq.
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-4010

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

|   |   |
|---|---|
| Plaintiff, | Case No.:  CV 07 6423 MMC |
| vs. | |
| ROBERT A. OLINS, et al., | **PROOF OF SERVICE** |
| Defendant(s). | |

I, Tony Klein, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & Complaint, Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference and ADR Deadlines, CMC Order,Standing orders for Civil Cases Assigned to the Honorable Maxine M. Chesney; Standing Order for All Judges in the NDC, Contents of Joint Case Management Statement** to:

**PARTY SERVED:** | **SPATIALIGHT, INC.**

**ADDRESS:** | **5 Hamilton Landing, Ste. 100 Novato, CA 94945**

**DATE/ TIME:** | **February 4, 2008 12:48 PM** | **MANNER OF SERVICE:** | ☒ Personal Service ☐ Substituted Service

by delivery to DAVE HAKALA, Former Acting CEO and authorized by the Trustee to accept service for the Defendant.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on February 8, 2008 at San Francisco, California.

*Capitol Process Services, Inc.*
*1827 – 18th St., NW*
*Washington, DC 20009*
*800/243-8773*

Tony Klein                RPS: San Francisco #21

# PROOF OF SERVICE