# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION

                    Plaintiff(s),

                    v.

ROBERT OLINS, SPATIALIGHT, INC.,
and ARGYLE CAPITAL MANAGEMENT
CORP.

                    Defendant(s).

_____/

CASE NO.  CV 07 6423 MMC

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  4/4/2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Dean M. Conway | Plaintiff SEC | (202) 551-4412 | conwayD@sec.gov |
| Adrian J. Sawyer | Defendants Olins and Argyle | (415) 371-8500 | sawyer@kerrwagstaffe.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a
telephone conference with a member of the ADR Legal Staff before the Case Management
Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your
phone conference.*

Dated: 03/13/08 _____

_____
Attorney for Plaintiff

Dated: 03/13/08 _____

_____
Attorney for Defendant

Rev 12.05