DEAN M. CONWAY (Trial Counsel) (DC Bar No. 457433)
ConwayD@sec.gov
DANIEL CHAUDOIN
JEFFREY P. WEISS
AMIE K. LONG
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, DC 20549-4010
Telephone: (202) 551-4412 (Conway)
Facsimile: (202) 772-9246 (Conway)
Counsel for Plaintiff

ADRIAN J. SAWYER (#203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear St., Suite 1800
San Francisco, Ca 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
Counsel for Defendants Robert Olins
and Argyle Capital Management Corp.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-07-6423-MMC |
| Plaintiff, | |
| vs. | **JOINT CASE MANAGEMENT STATEMENT** |
| ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP., | Date: April 4, 2008<br>Time: 10:30 a.m.<br>Courtroom: 7 |
| Defendants. | |

JOINT CASE MANAGEMENT STATEMENT
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC

## JOINT CASE MANAGEMENT STATEMENT

## SUBMITTED PURSUANT TO LOCAL RULE 16-9

Pursuant to Civil Local Rule 16-9, a telephone conference was held on March 12, 2008. The following counsel participated in the conference: (1) Dean M. Conway and Amie K. Long for Plaintiff Securities and Exchange Commission (the "Commission") and (2) Adrian J. Sawyer for defendants Robert Olins ("Olins") and Argyle Capital Management ("Argyle").[1] Set forth are the matters required by Civil Local Rule 16-9:

1. Jurisdiction and Service: This Court has jurisdiction over this action under Section 22(a) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. § 77v(a)] and Sections 21(d), 21(e), 21A and 27 of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78u(d) and (e), 78u-1(a) and 78aa].

Venue is appropriate in this Court under Section 22(a) of the Securities Act [15 U.S.C. § 77v(a)] and Section 27 of the Exchange Act [15 U.S.C. § 78aa], because certain of the alleged acts or transactions constituting the violations alleged herein occurred in this judicial district.

All parties have been served. Olins and Argyle Capital Management will respond to the Complaint on April 1, 2008.

2. Factual Issues in Dispute: The Commission alleges the following facts:

---

[1] SpatiaLight petitioned to file for bankruptcy in the Northern District of California in February 2008. Charles Maher, counsel to SpatiaLight's bankruptcy Trustee, has informed counsel for the Commission that SpatiaLight's bankruptcy case is a "no-asset case" and that the Trustee cannot afford to defend SpatiaLight in this action. As such, the Trustee declined to participate in the March 12, 2008 conference call. Therefore, all agreements described herein are between the Commission and Defendants Olins and Argyle.

JOINT CASE MANAGEMENT STATEMENT -2-
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC

Between late 2004 and early 2006, SpatiaLight, Inc. ("SpatiaLight" or the "Company"), its former CEO, Olins, and Argyle, a company of which Olins is the sole owner and director, engaged in conduct in violation of the antifraud provisions, and also violated the registration and reporting requirements, of the federal securities laws. The alleged illegal conduct involves three sets of facts and circumstances: 1) the filing of forged auditor consents as exhibits to registration statements; 2) insider trading by Olins; and 3) the unregistered sales of hundreds of thousands of shares of SpatiaLight stock, and fraudulent statements made in filings with the Commission related to those transactions.

First, the Commission alleges that in July 2005, SpatiaLight filed, and Olins signed, two registration statements that contained materially false and misleading statements. The consents falsely represented that the Former Auditor had authorized SpatiaLight to incorporate by reference its reports relating to the consolidated financial statements for fiscal years 2002 and 2003 when, in fact, the Former Auditor had not given such consent.

Second, the Commission alleges that in August 2005 and February 2006, Olins sold shares of SpatiaLight stock on the basis of material, non-public information in breach of his duty of trust and confidence to SpatiaLight's shareholders.

Third, the Commission alleges that in the spring of 2005, SpatiaLight, Argyle and Olins illegally distributed hundreds of thousands of unregistered shares of SpatiaLight stock, resulting in Olins realizing proceeds of more than $2.6 million. Furthermore, Olins and SpatiaLight made material misrepresentations and omissions concerning these transactions in filings made with the Commission, and Olins failed to report his sale of these shares, as well as others.

Finally, the Commission alleges that Olins used an E*Trade brokerage account to facilitate his allegedly illegal sales and failures to report his SpatiaLight stock transactions.

   Defendants Olins and Argyle dispute the Commission's allegations of wrongdoing, and maintain that the Commission is not entitled to any relief whatsoever.

3. <u>Legal Issues in Dispute</u>:  There are at present no disputed points of law.  Defendants Olins and Argyle dispute the application of the alleged facts to the law.

4. <u>Anticipated Motions</u>:  The parties anticipate filing Cross Motions for Summary Judgment with respect to the claims against SpatiaLight, Olins and Argyle for alleged violations of Sections 5(a) and 5(c) of the Securities Act.  Counsel for Olins and Argyle also may file a Motion for Summary Judgment on the securities fraud claims under Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934, and reserve the right to file such other motions as may be appropriate.

5. <u>Amendment of Pleadings</u>:  The parties do not anticipate any amendments to the pleadings.

6. <u>Evidence Preservation</u>:  The parties have agreed to take steps to preserve evidence relevant to matters at issue in this action.

7. <u>Disclosures</u>:  The parties have agreed to exchange information required by Federal Rule of Civil Procedure 26(a)(1) by no later than April 11, 2008.

8. <u>Discovery</u>:  Discovery will be conducted regarding the allegations made by the Plaintiff against the Defendants in the Complaint filed on December 20, 2007.  Discovery may be needed on subjects including, but not limited to, the following:

  a. Whether Defendants SpatiaLight or Olins made materially false and misleading statements in filings made with the Commission;

  b. Whether Defendants SpatiaLight or Olins acted with scienter when they made materially false and misleading statements in filings made with the Commission;

JOINT CASE MANAGEMENT STATEMENT  -4-
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC

     c. Whether Defendant Olins sold shares of SpatiaLight stock on the basis of material, non-public information in violation of a duty owed to the source of the information;

     d. Whether Defendant Olins acted with scienter when he sold SpatiaLight stock during the relevant time period;

     e. Whether Defendants SpatiaLight, Olins or Argyle engaged in unregistered sales of SpatiaLight stock, and whether any exemptions to the registration requirements apply; and

     f. Whether Defendant Olins failed to make, or was delinquent in making, required filings with the Commission in connection with the receipt and sale of SpatiaLight stock.

The parties request one year for fact discovery, to be concluded on April 3, 2009, with leave for the parties to apply to the Court for additional time to complete discovery, should the parties discover that additional time is necessary. The parties do not recommend any changes to the limitation on discovery contained in the Federal Rules of Civil Procedure.

9. <u>Class Actions</u>: This is not a class action.

10. <u>Related Cases</u>: There are no related cases.

11. <u>Relief</u>: The Commission is seeking full relief authorized by statute, including the following: 1) permanent injunctions as to SpatiaLight, Olins and Argyle from violating the federal securities laws identified in the Complaint filed on December 20, 2007; 2) civil penalties against SpatiaLight, Olins and Argyle pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)]; 3) civil penalties against Olins pursuant to Section 21A of the Exchange Act [15 U.S.C. § 78u-1(a)]; 4) disgorgement of all ill-gotten gains, including prejudgment interest, as to Olins and Argyle;

and 5) a permanent bar, pursuant to Section 21(d)(s) of the Exchange Act, as to Olins from serving as an officer or director of any entity having a class of securities registered with the Commission pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

12.  Settlement and ADR:  The parties discussed settlement during the course of the Commission's investigation and are willing to continue such discussions.  At this early stage of litigation, the parties are unable to evaluate the prospects for a successful negotiated resolution.

13.  Consent to Magistrate Judge:  The parties do not consent to have a magistrate judge conduct further proceedings.

14.  Other References:  This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.  Narrowing of Issues:  As indicated above, the parties anticipate filing Cross-Motions for Summary Judgment with respect to the claims against SpatiaLight, Olins and Argyle for alleged violations of Sections 5(a) and 5(c) of the Securities Act.

Counsel for the Commission requests that the Court bifurcate the issues of liability and remedies.

16.  Expedited Schedule:  This case is not the type that can be handled on an expedited basis.

17.  Scheduling:  Counsel for the Commission and counsel for Olins and Argyle have agreed to the propose the following schedule:

   a.  Designation of Experts:  The parties request that they be required to exchange reports from retained experts under Federal Rule of Civil Procedure 26(a)(2), other

than rebuttal experts, no later than April 24, 2009. The parties request that they be required to exchange reports from rebuttal experts no later than June 5, 2009.

    b. <u>Discovery Cutoff</u>: The parties request one year for fact discovery, to be concluded on April 3, 2009, with leave for the parties to apply to the Court for additional time to complete discovery, should the parties discover that additional time is necessary. The parties further request that the Court set an expert discovery deadline of June 12, 2009.

    c. <u>Motions</u>: The parties propose that dispositive motions be due on June 30, 2009, and request that the Court schedule a hearing for dispositive motions on August 7, 2009.

    d. <u>Settlement and Pretrial Conferences</u>: The parties propose that the Court schedule a settlement conference for August 28, 2009 and a pretrial conference for September 29, 2009.

    e. <u>Trial</u>: The parties propose the Court schedule the trial to begin on October 13, 2009.

18. <u>Trial</u>: The parties request that this case be tried before the Court and anticipate that the trial will last one week.

19. <u>Disclosure of Non-party Interested Entities and Persons</u>: Pursuant to Civil L.R. 3-16, Defendants Olins and Argyle certify that as of this date, other than the named parties, there is no interest within the meaning of Civil L.R. 3-16 to report. Defendants will file the Certification of Interested Entities or Persons required by L.R. 3-16 together with their response to the complaint.

    Civil L.R. 3-16 does not apply to the Commission because it is an agency of the United States government.

JOINT CASE MANAGEMENT STATEMENT        -7-
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC

| | |
|---|---|
| 1 | |
| 2 | March 27, 2008        Respectfully submitted, |

March 27, 2008

Respectfully submitted,

/s/ Dean M. Conway
_____
Dean M. Conway
Amie K. Long
Attorneys for Plaintiff
Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-4010
Telephone: (202) 551-4412 (Conway)
Facsimile:   (202) 772-9246 (Conway)
conwayd@sec.gov

/s/ Adrian J. Sawyer
_____
Adrian J. Sawyer
Kerr & Wagstaffe LLP
100 Spear St., Suite 1800
San Francisco, Ca 94105
Telephone:  (415) 371-8500
Facsimile:  (415) 371-0500
sawyer@kerrwagstaffe.com

JOINT CASE MANAGEMENT STATEMENT      -8-
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC