| | |
|---|---|
| 1 | MICHAEL VON LOEWENFELDT (178665) |
|   | ADRIAN J. SAWYER (203712) |
| 2 | **KERR & WAGSTAFFE LLP** |
|   | 100 Spear Street, Suite 1800 |
| 3 | San Francisco, CA 94105–1528 |
|   | Telephone: (415) 371-8500 |
| 4 | Fax: (415) 371-0500 |
|   | E-mail: mvl@kerrwagstaffe.com; |
| 5 | sawyer@kerrwagstaffe.com |
| 6 | Attorneys for Defendants |
|   | ROBERT OLINS and |
| 7 | ARGYLE CAPITAL MANAGEMENT CORP. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 07-06423 MMC |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FILED BY DEFE** |
| v. | |
| ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP., | Hon. Maxine M. Chesney |
| Defendants. | |

1 **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
3 named parties, there is no such interest to report.

4

5 DATED: April 1, 2008

6                              **KERR & WAGSTAFFE LLP**

7

8                     By _____/s/_____
                          ADRIAN J. SAWYER
9
                          Attorney for Defendants
10                        ROBERT OLINS and
                          ARGYLE CAPITAL MANAGEMENT CORP.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28