**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-Filing

Date: APR 0 4 2008

C-07-6423-MMC

Securities & Exchange Comm.  v.  Robert Olins et al

Attorneys: DEAN CONWAY  ADRIAN SAWYER

Deputy Clerk: **TRACY LUCERO**   Reporter: NOT REPORTED

**PROCEEDINGS:**   **RULING:**

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

INITIAL
( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 6/30/09, to be heard on 8/7/09 @ 9:00 A.M. Meet & Confer by 8/24/09.

(✓) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court ✓

(✓) Referred to Magistrate For: Settlement Conference before Mag. Spero -
   (✓) By Court  To be held in mid-June 2008, his calendar permitting
(✓) CASE CONTINUED TO 6/5/09 @ 10:30  for  Further Status Conference
                                             (Joint Statement due 5/29/09)
Discovery Cut-Off  4/3/09    Expert Discovery Cut-Off  6/12/09

π/∆
~~Plntf~~ to Name Experts by  5/8/09    π/∆ Rebuttal
                                         ~~Deft~~ to Name Experts by  5/22/09

P/T Conference Date 9/29/09 @ 3:00  Trial Date 10/13/09 @ 9:00  Set for 5 days
                        Type of Trial: ( ) Jury  (✓) Court (TUESDAY)
Notes:
Format for parties Joint motion(s): π's motion; ∆'s X-motion/
opposition; π's reply; ∆'s sur-reply - Two weeks for Court review.


cc: Wings, Karen (24 min)