MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendants
ROBERT OLINS and
ARGYLE CAPITAL MANAGEMENT CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>                    Defendants, | Case No. C 07-06423 MMC<br><br>**MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF (L.R. 7-11); DECLARATION OF ADRIAN J. SAWYER IN SUPPORT THEREOF**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom:  7, 19th Floor<br><br>Hon. Maxine M. Chesney |

## MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF

Defendants Robert Olins and Argyle file this motion because it has just come to light that documents and records of Defendant Spatialight, Inc., have been and are being destroyed. To the best of Defendants' understanding, the bankruptcy trustee gave senior secured noteholders access to Spatialight's offices, and the records and files on site were then given to records disposal companies for destruction. The timing and extent of the destruction is not presently known, but Defendants believe that all records, files, and electronic media on site were handed over for disposal.

Defendants are deeply concerned by this developing situation, which could cause serious prejudice to Defendants. While Spatialight is not defending this action, it is a co-defendant and is therefore an active party. The Court therefore has authority regarding preservation of Spatialight's records, and should exercise this authority to prevent further destruction of any records.

Defendants request the immediate involvement of the Court in this situation. To this end Defendants request that the Court grant the following relief:

1. Enter an order halting any further destruction of Spatialight documents;

2. Set a special status conference, either in person or by telephone, for the parties to ascertain the extent of any destruction and to discuss procedures for going forward in light of any such destruction; and

3. Following the special status conference, allow discovery on shortened time into the facts underlying the apparent destruction of documents, with the scope and extent of such discovery to be determined at the special status conference.

DATED: April 9, 2008   **KERR & WAGSTAFFE LLP**

By /s/Adrian J. Sawyer_____
ADRIAN J. SAWYER

Attorneys for Defendants
ROBERT OLINS and
ARGYLE CAPITAL MANAGEMENT CORP.

# DECLARATION OF ADRIAN J. SAWYER

1. I am counsel of record for Defendants Robert Olins and Argyle Capital Management Corp. I have personal knowledge of the facts set forth in this declaration, and if called to testify could and would testify competently thereto.

2. I have spoken with Dean Conway and Amie Long of the SEC, who have informed that they do not oppose this motion for administrative relief.

I declare under penalty of perjury that the foregoing is true and correct and was executed at San Francisco, California on April 9, 2008.

/s/Adrian J. Sawyer
Adrian J. Sawyer