1 | MICHAEL VON LOEWENFELDT (178665)
ADRIAN J. SAWYER (203712)
2 | **KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
3 | San Francisco, CA 94105–1528
Telephone: (415) 371-8500
4 | Fax: (415) 371-0500

5 | Attorneys for Defendants
ROBERT OLINS and
6 | ARGYLE CAPITAL MANAGEMENT CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>Defendants, | Case No. C 07-06423 MMC<br><br>**[PROPOSED] ORDER**<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom:   7, 19th Floor<br><br>Hon. Maxine M. Chesney |
|---|---|

## [PROPOSED] ORDER

The Motion for Administrative Relief filed by Defendants Robert Olins and Argyle Capital Management Corp. on April 9, 2008 ("April 9 Motion"), is properly before the Court. For good cause shown, IT IS HEREBY ORDERED that:

1. Spatialight, Inc., and its trustee, and any persons who have been given by the trustee custody of Spatialight documents in hard copy or electronic form, shall immediately cease and desist from any destruction of such documents, and shall immediately make aware of this order any other person who has received such documents.

2. The parties shall appear before the Court for a special status conference to ascertain the extent of the destruction of documents and to discuss procedures going forward in light of any such destruction of documents, such status conference to include scheduling of discovery on shortened time concerning any destruction of documents as set forth in the April 9 Motion.

DATED: _____, 2008

_____
HON. MAXINE M. CHESNEY
United States District Judge