United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT OLINS, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-6423 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION FOR MISCELLANEOUS ADMINISTRATIVE RELIEF** |

    Pursuant to Civil Local Rule 72-1, defendants' "Motion for Miscellaneous Administrative Relief," filed April 9, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: April 9, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge