1
2
3
4
5
6
7
8

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SECURITIES AND EXCHANGE
COMMISSION,

No. C-07-06423  (EDL)

10

       Plaintiff,

**ORDER GRANTING MOTION FOR**
**MISCELLANEOUS RELIEF**

11

  v.

12

ROBERT OLINS, et al,

13

       Defendants.

14

_____/

15

     The Motion for Administrative Relief filed by Defendants Robert Olins and Argyle Capital

16

Management Corporation on April 9, 2008 is GRANTED as follows.  IT IS HEREBY ORDERED

17

THAT:

18

     1.     Spatialight, Inc., and its trustee, and any persons who have been given by the trustee

19

custody of Spatialight documents in hard copy of electronic form, shall immediately cease and desist

20

from any destruction of such documents, and shall immediately make aware of this order any other

21

person who has received such documents.  This order shall remain in effect until further order of the

22

Court following the upcoming status conference.

23

     2.     The parties shall appear before the Court for a status conference to ascertain the

24

extent and nature of the alleged document destruction and to discuss procedures going forward in

25

light of any such document destruction, such as scheduling of discovery concerning any such

26

document destruction.  The status conference will be held on Tuesday, April 15, 2008 at 11:00 a.m.

27

in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

28

     3.     Moving Defendants shall immediately serve a copy of this order on counsel to

Spatialight's bankruptcy Trustee, as Spatialight has not appeared in this action.  Spatialight's

1  Trustee and/or counsel are encouraged to attend the status conference by telephone or in person to

2  discuss any practical issues Spatialight has regarding document preservation and the status of

3  document preservation.

4      **IT IS SO ORDERED.**

5  Dated: April 11, 2008

6  _____
   ELIZABETH D. LAPORTE
   United States Magistrate Judge