1 | MICHAEL VON LOEWENFELDT (178665)
   | ADRIAN J. SAWYER (203712)
2 | **KERR & WAGSTAFFE LLP**
   | 100 Spear Street, Suite 1800
3 | San Francisco, CA 94105–1528
   | Telephone: (415) 371-8500
4 | Fax: (415) 371-0500

5 | Attorneys for Defendants
   | ROBERT OLINS and
6 | ARGYLE CAPITAL MANAGEMENT CORP.

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | SECURITIES AND EXCHANGE
   | COMMISSION,

Case No. C 07-06423 MMC (EDL)

11 |

12 | Plaintiff,

**[PROPOSED] ORDER DISSOLVING APRIL 11 ORDER RE PRESERVATION OF DOCUMENTS**

v.

13 | ROBERT OLINS, SPATIALIGHT, INC. and

Hon. Elizabeth D. Laporte

14 | ARGYLE CAPITAL MANAGEMENT CORP.,

15 | Defendants,

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER DISSOLVING APRIL 11 ORDER RE PRESERVATION OF DOCUMENTS**

On Friday, April 11, this Court issued an order for preservation of documents by Spatialight, Inc., its trustee, and any persons who have been given by the trustee custody of Spatialight documents in hard copy or electronic form ("April 11 Order"). At the status conference held April 15, 2008, the Court considered whether the April 11 Order should remain in effect.

On the understanding that Spatialight's trustee is aware of this litigation and the obligation to preserve Spatialight documents, IT IS HEREBY ORDERED THAT the April 11 Order is DISSOLVED.

Defendants' counsel shall immediately serve a copy of this order on counsel to Spatialight's bankruptcy trustee.

**APPROVED AS TO FORM:**

Dated: April 15, 2008                    _____/s/_____

                                         Amie K. Long
                                         Counsel for Plaintiff
                                         SECURITIES AND EXCHANGE COMMISSION


**IT IS SO ORDERED.**

Dated:                                   _____

                                         ELIZABETH D. LAPORTE
                                         United States Magistrate Judge

1         I, Adrian J. Sawyer, am the ECF User whose ID and password are being used to file this

2    [Proposed] Order Dissolving April 11 Order re Preservation of Documents.  In compliance with

3    General Order 45, X.B., I hereby attest that Amie K. Long, counsel for Plaintiff, has concurred in

4    this filing.

5

6    DATED:  April 15, 2008    **KERR & WAGSTAFFE LLP**

7

8    By        /s/

        ADRIAN J. SAWYER

9

10   Attorneys for Defendants

ROBERT OLINS, and

11   ARGYLE CAPITAL MANAGEMENT CORP.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2