1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   ROBERT OLINS and
6  ARGYLE CAPITAL MANAGEMENT CORP.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 SECURITIES AND EXCHANGE              Case No. C 07-06423 MMC
   COMMISSION,
11                                       **PROOF OF SERVICE**
                    Plaintiff,
12      v.                               Hon. Elizabeth D. Laporte

13 ROBERT OLINS, SPATIALIGHT, INC. and
14 ARGYLE CAPITAL MANAGEMENT CORP.,

15                  Defendants,

## PROOF OF SERVICE

I, Erin Murphy, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On April 15, 2008, I served the following document(s):

**ORDER GRANTING MOTION FOR MISCELLANEOUS RELIEF**

**[PROPOSED] ORDER DISSOLVING APRIL 11 ORDER RE PRESERVATION OF DOCUMENTS**

on the parties listed below as follows:

> Charles P. Maher
> **LUCE FORWARD ET AL LLP**
> 121 Spear Street, #200
> San Francisco, CA 94105
> Facsimile: (415) 356-3885

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☒ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 15, 2008, at San Francisco, California.

_____
Erin Murphy

CASE NO. C-07-06423 (EDL) — 1 — PROOF OF SERVICE



# KERR & WAGSTAFFE LLP
### ATTORNEYS

100 SPEAR STREET, SUITE 1800
SAN FRANCISCO, CALIFORNIA 94105

TELEPHONE (415) 371-8500
FACSIMILE (415) 371-0500

# FACSIMILE

To: Charles P. Maher
**LUCE FORWARD ET AL LLP**

FACSIMILE: (415) 356-3885

DATE: April 15, 2008
FROM: Adrian J. Sawyer
RE: *SEC v. Olins, et al.*
PAGES: Cover + 7

☑ URGENT
☑ FOR REVIEW
☐ PLEASE COMMENT
☐ PLEASE REPLY

# COMMENTS

Please see attached.

# CONFIDENTIALITY NOTICE

The documents accompanying this facsimile transmission and this Transmittal Sheet contain information that is confidential and privileged. The information is intended to be for the sole use of the individuals or entities named on this Transmittal Sheet. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopied information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the telecopied documents at no cost to you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CALL US AS SOON AS POSSIBLE AT 415.371.8500.

---

*** Transmit Conf. Report ***

Apr 15 2008 15:52
P.1

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 3563885 | NORMAL | 15,15:52 | 1'57" | 8 | * O K | |

KERR & WAGSTAFFE LLP    Fax:4153710500