**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: April 15, 2008

Case No: **C-07-06423 (EDL)**

Case Name: **SEC v. ROBERT OLINS**

    Attorneys:   Pltf: Amie Long ; Dean Conway   Deft: Adrian Sawyer

    Deputy Clerk: Frank Justiliano   Reporter: Debra Pas
    (Time: 11:12 - 11:23 a.m. )

**PROCEEDINGS:**
Status Conference - Held.

**ORDERED AFTER HEARING:**
The Court ruled that the current order for preservation of documents is dissolved, in light of representation that trustee is aware of need to halt destruction of documents and they agree to do so. Parties to file a joint statement by April 25, 2008 after inspection of what documents remain and request a hearing if necessary.

**Order on dissolution to be prepared by:** [] Plntf  [X] Deft  []  Court

cc: chambers