1 | MICHAEL VON LOEWENFELDT (178665)
  | ADRIAN J. SAWYER (203712)
2 | **KERR & WAGSTAFFE LLP**
  | 100 Spear Street, Suite 1800
3 | San Francisco, CA 94105–1528
  | Telephone: (415) 371-8500
4 | Fax: (415) 371-0500

5 | Attorneys for Defendants
  | ROBERT OLINS and
6 | ARGYLE CAPITAL MANAGEMENT CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION, | Case No. C 07-06423 MMC (EDL) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISSOLVING APRIL 11 ORDER RE PRESERVATION OF DOCUMENTS |
| v. | |
| ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP., | Hon. Elizabeth D. Laporte |
| Defendants, | |

**[PROPOSED] ORDER DISSOLVING APRIL 11 ORDER RE PRESERVATION OF DOCUMENTS**

On Friday, April 11, this Court issued an order for preservation of documents by Spatialight, Inc., its trustee, and any persons who have been given by the trustee custody of Spatialight documents in hard copy or electronic form ("April 11 Order"). At the status conference held April 15, 2008, the Court considered whether the April 11 Order should remain in effect.

On the understanding that Spatialight's trustee is aware of this litigation and the obligation to preserve Spatialight documents, IT IS HEREBY ORDERED THAT the April 11 Order is DISSOLVED.

Defendants' counsel shall immediately serve a copy of this order on counsel to Spatialight's bankruptcy trustee.

**APPROVED AS TO FORM:**

Dated: April 15, 2008

_____/s/_____
Amie K. Long
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**IT IS SO ORDERED.**

Dated:   April 15, 2008





CASE NO. C-07-06423 MMC (EDL)                             [PROPOSED] ORDER

1