1  MICHAEL VON LOEWENFELDT (178665)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Defendants
   ROBERT OLINS and
6  ARGYLE CAPITAL MANAGEMENT CORP.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | SECURITIES AND EXCHANGE         | Case No. C 07-06423 MMC (EDL)
   | COMMISSION,                     |
11 |                                 | **PROOF OF SERVICE**
   |          Plaintiff,             |
12 |    v.                           | Hon. Elizabeth D. Laporte
13 |                                 |
   | ROBERT OLINS, SPATIALIGHT, INC. and
14 | ARGYLE CAPITAL MANAGEMENT CORP.,|
15 |          Defendants,            |

CASE NO. C-07-06423 MMC (EDL)                              PROOF OF SERVICE

# PROOF OF SERVICE

I, Erin Murphy, declare that I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kerr & Wagstaffe LLP, 100 Spear Street, Suite 1800, San Francisco, California 94105.

On April 25, 2008, I served the following document(s):

**JOINT REPORT OF PARTIES RE DOCUMENT DESTRUCTION**

on the parties listed below as follows:

> Charles P. Maher
> **LUCE FORWARD ET AL LLP**
> 121 Spear Street, #200
> San Francisco, CA 94105
> Facsimile: (415) 356-3885

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at San Francisco, California.

☐ **By facsimile machine** (FAX) by personally transmitting a true copy thereof via an electronic facsimile machine.

☐ **By personal service** by causing to be personally delivered a true copy thereof to the address(es) listed herein at the location listed herein.

☐ **By Federal Express** or overnight courier.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 25, 2008, at San Francisco, California.

*/s/ Erin Murphy*
———————————————
Erin Murphy



CASE NO. C-07-06423 MMC (EDL)          1          PROOF OF SERVICE