UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C-07-6423 MMC (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |
| ROBERT OLINS, et al., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference previously scheduled for June 18, 2008, has been continued until July 22, 2008, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

On or before July 8, 2008, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

The parties are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of this Court's April 14, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

Dated: May 23, 2008                                                    RICHARD W. WIEKING, CLERK

By: /s/ Frank Justiliano
Deputy Clerk