1  DEAN M. CONWAY (Trial Counsel) (DC Bar No. 457433)
   ConwayD@sec.gov
2  DANIEL CHAUDOIN
   JEFFREY P. WEISS
3  AMIE K. LONG
   **SECURITIES AND EXCHANGE COMMISSION**
4  100 F Street, N.E.
   Washington, DC 20549-4010
5  Telephone:  (202) 551-4412 (Conway)
   Facsimile:  (202) 772-9246 (Conway)
6  Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,**<br><br>Defendants. | Case No. CV-07-6423-MMC<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST SPATIALIGHT, INC.** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("SEC") respectfully requests that the Clerk of the Court enter the default of SpatiaLight, Inc. ("SpatiaLight").

Service by Summons was made upon SpatiaLight on February 4, 2008 through Dave Hakala, the former CEO of the Company, who was authorized by Timothy W. Hoffman, the Trustee in Bankruptcy of the estate of SpatiaLight, to accept service on behalf of the Company. A copy of the Proof of Service, which was filed with this Court on March 3, 2008, is attached to the Declaration of Dean M. Conway as Exhibit A.

PLAINTIFF'S REQUEST FOR ENTRY OF
DEFAULT AGAINST SPATIALIGHT
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC

1  Although the time for doing so has passed, Defendant Spatialight has not answered or
2  otherwise filed a responsive pleading.
3  Accordingly, Plaintiff SEC respectfully requests that the Clerk of the Court enter default
4  against Spatialight, Inc.

Dated: July 9, 2008                    Respectfully submitted,

   /s/ Dean M. Conway
_____
Dean M. Conway
Attorney for Plaintiff
U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-4010
Telephone: 202-551-4412 (Conway)
Facsimile:  202-772-9246
E-mail:  conwayd@sec.gov

PLAINTIFF'S REQUEST FOR ENTRY OF             -2-
DEFAULT AGAINST SPATIALIGHT
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, a copy of the foregoing Plaintiff's Request for Entry of Default Against Spatialight, Inc. was served by U.S. First Class mail on:

Timothy W. Hoffman, Trustee
c/o Charles Maher, Esq.
Luce Forward
121 Spear Street, Suite 200
San Francisco, CA 94105

Adrian J. Sawyer
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

                                                               /s/ Dean M. Conway
                                                       _____
                                                              Dean M. Conway

PLAINTIFF'S REQUEST FOR ENTRY OF      -3-
DEFAULT AGAINST SPATIALIGHT
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC