DEAN M. CONWAY (Trial Counsel) (DC Bar No. 457433)
ConwayD@sec.gov
DANIEL CHAUDOIN
JEFFREY P. WEISS
AMIE K. LONG
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, DC 20549-4010
Telephone: (202) 551-4412 (Conway)
Facsimile: (202) 772-9246 (Conway)
Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT OLINS,<br>SPATIALIGHT, INC. and<br>ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>Defendants. | Case No. CV-07-6423-MMC<br><br>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST SPATIALIGHT, INC. |

### DECLARATION OF DEAN M. CONWAY

I, DEAN M. CONWAY, hereby declare:

1. I am lead trial attorney for the Plaintiff Securities and Exchange Commission ("SEC") in this action. I am familiar with the facts and circumstances of this action including service.

2. As reflected by the Proof of Service, attached hereto as Exhibit A, Dave Hakala, the former CEO of the Company, was served in Novato, CA on February 4, 2008. Mr. Hakala was authorized to accept service on behalf of SpatiaLight, Inc. by Timothy W. Hoffman who is the Trustee in Bankruptcy of the estate of SpatiaLight, Inc.

3. Neither Dave Hakala, nor any representative of SpatiaLight, Inc., has answered or otherwise filed a responsive pleading in this case.

4. Neither Defendant SpatiaLight, Inc., its former CEO Dave Hakala nor Timothy W. Hoffman are infants, in the military, or incompetent persons.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 9, 2008

Respectfully submitted,

/s/ Dean M. Conway

Dean M. Conway
Attorney for Plaintiff
U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-4010
Telephone: 202-551-4412 (Conway)
Facsimile: 202-772-9246
E-mail: conwayd@sec.gov

# EXHIBIT A

Dean W. Conway, Esq.
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-4010

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

ROBERT A. OLINS, et al.,

    Defendant(s).

Case No.: CV 07 6423 MMC

## PROOF OF SERVICE

I, Tony Klein, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & Complaint, Notice of Availability of Magistrate Judge to Exercise Jurisdiction; Order Setting Initial Case Management Conference and ADR Deadlines, CMC Order, Standing orders for Civil Cases Assigned to the Honorable Maxine M. Chesney; Standing Order for All Judges in the NDC, Contents of Joint Case Management Statement** to:

**PARTY SERVED:** SPATIALIGHT, INC.

**ADDRESS:** 5 Hamilton Landing, Ste. 100
Novato, CA 94945

**DATE/TIME:** February 4, 2008  12:48 PM

**MANNER OF SERVICE:** ☒ Personal Service   ☐ Substituted Service

by delivery to DAVE HAKALA, Former Acting CEO and authorized by the Trustee to accept service for the Defendant.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and this declaration is executed on February 8, 2008 at San Francisco, California.

Tony Klein   RPS: San Francisco #21

Capitol Process Services, Inc.
1827 – 18th St, NW
Washington, DC 20009
800/242-8773

## PROOF OF SERVICE