# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

CASE NO.:  C-07-6423 MMC (JCS)

CASE NAME:  *Securities and Exchange Commission v. Robert Olins, et al.*

MAGISTRATE JUDGE JOSEPH C. SPERO    CLERK: Mary Macudzinski-Gomez

DATE:  July 22, 2008    TIME:  2 hrs.    COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):    COUNSEL FOR DEFENDANT(S):

Jeffrey P. Weiss    Adrian J. Sawyer
Dean M. Conway

## PROCEEDINGS

X    SETTLEMENT CONFERENCE    ☐ FURTHER SETTLEMENT CONFERENCE

☐    DISCOVERY CONFERENCE

☐    STATUS CONFERENCE RE:

☐    TELEPHONIC CONFERENCE RE:

☐    OTHER:

CASE CONTINUED TO:         FOR

NOTES:

A Settlement Conference was held; the case did not settle.  The parties were invited to contact the Court (JCS) if they wish to set a Further Settlement Conference.