UNITED STATES DISTRICT COURT

Northern District of California

SECURITIES AND EXCHANGE COMMISSION

Plaintiff(s),

v.

ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.

Defendant(s).

CASE NO.  CV 07-06423 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

EVA C. CARMAN, an active member in good standing of the bar of U.S. District Court, So. District of New York whose business address and telephone number (particular court to which applicant is admitted) is

ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704    (212) 596-9039

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ROBERT OLINS and ARGYLE CAPITAL MANAGEMENT CORP.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  October 17, 2008

Hon. Maxine M. Chesney
United States District Judge