IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROBERT OLINS, et al.,

    Defendants.

No. C-07-6423 MMC

**ORDER DENYING WITHOUT PREJUDICE STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY CUTOFF; ADVANCING DATE FOR STATUS CONFERENCE**

    Before the Court is the parties' "Stipulated Request for Court Order Extending the Discovery Cutoff," filed November 7, 2008, by which the parties request that the trial date and all pretrial deadlines in the above-titled action be continued by six months.

    The parties having failed to show good cause for the relief sought, the request is hereby DENIED, without prejudice to the parties' making a renewed request at the Status Conference.

    Accordingly, the Status Conference presently set for June 5, 2009 is hereby ADVANCED to February 6, 2009. The parties shall file a Joint Status Conference Statement no later than January 30, 2009.

    **IT IS SO ORDERED.**

Dated: November 14, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge