1  ADRIAN J. SAWYER (203712)
   **KERR & WAGSTAFFE LLP**
2  100 Spear Street, Suite 1800
   San Francisco, CA 94105–1528
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4
   Attorneys for Defendants
5  ROBERT OLINS and
   ARGYLE CAPITAL MANAGEMENT CORP.
6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>Defendants, | Case No. C 07-06423 MMC<br><br>~~[PROPOSED]~~ **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Hon. Maxine M. Chesney |

1  It is hereby ordered that Kerr & Wagstaffe, LLP, and Adrian J. Sawyer and Michael von
2  Loewenfeldt of that firm, are withdrawn from this case as counsel for Defendants Robert Olins
3  and Argyle Capital Management Corp. John M. Vazquez is designated as lead counsel and
4  counsel to be noticed for Defendants Robert Olins and Argyle Capital Management Corp. going
5  forward.

Dated: February 5, 2009

**SO ORDERED.**

_____
HON. MAXINE M. CHESNEY
United States District Judge