Mark D. Rowland, Esq. (CSB #157862)
ROPES & GRAY, LLP
1900 University Ave, 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4000
(650) 617-4090 Fax
mark.rowland@ropesgray.com

John Michael Vazquez, Esq. (Admitted *Pro Hac Vice*)
CRITCHLEY, KINUM & VAZQUEZ, LLC
75 Livingston Avenue, 3rd Floor
Roseland, New Jersey 07068
(973) 422-9200
(973) 422-9700 Fax
jvazquez@critchleylaw.com

Richard Marshall, Esq. (Admitted *Pro Hac Vice*)
Eva Ciko Carman, Esq. (Admitted *Pro Hac Vice*)
ROPES & GRAY, LLP
1211 Avenue of the Americas
New York, New York 10020
(212) 596-9000
(212) 596-9090 Fax
richard.marshall@ropesgray.com; eva.carman@ropesgray.com

*Attorneys for Defendants ROBERT OLINS and ARGYLE CAPITAL MANAGEMENT CORP*.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: C-07-06423 MMC (EDL) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP., | |
| Defendants. | |

304568_1.DOC

|1| This Matter having been raised by motion, pursuant to the Federal Rules of Civil

|2| Procedure and the related Civil Local Rules of the United States District Court for the Northern

|3| District of California, IT IS HEREBY ORDERED that:

|4| 1. Defendants Robert Olins and Argyle Management Corp. Motion for Leave to File Under

|5| Seal and accompanying supporting documents (Docket Nos. 77-80) are hereby

|6| withdrawn as moot in light of the Court's denial of Defendants' Motion for Leave to File

|7| Motion for Reconsideration.

|8| 2. It is further ORDERED that Defendants shall efile unredacted copies of their Motion

|9| for Reconsideration.

|10| Dated: ____May 11_____, 2009



IT IS SO ORDERED AS MODIFIED

Judge Elizabeth D. Laporte

304568_1.DOC