UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERT OLINS,<br>SPATIALIGHT, INC. and<br>ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>    Defendants. | Case No. CV-07-6423-MMC<br><br>~~PROPOSED~~ ORDER REGARDING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

This matter is before the Court on Plaintiff Securities and Exchange Commission's Motion to Remove Incorrectly Filed Documents. For good cause shown, Plaintiff's Motion is GRANTED and IT IS HEREBY ORDERED that Attachment Nos. 14-16 (SEC Exhibit Nos. 13-15), which were attached to the Declaration of Amie K. Long (Docket No. 93), be permanently removed from the Court's Docket.

Dated: September 4, 2009

_____
UNITED STATES DISTRICT JUDGE

ORDER
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC