**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | Case No. CV 07-06423 MMC (EDL) |
| **Plaintiff,** | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF (L.R. 7-11) FOR A MODIFIED HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,** | |
| **Defendants.** | |

Pursuant to defendants Robert Olins and Agryle Capital Management Corp.'s ("Defendants") unopposed motion for administrative relief, dated September 4, 2009, it is HEREBY ORDERED that the hearing on plaintiff Securities and Exchange Commission's ("SEC") motion for summary judgment is set for ~~October 2, 2009, or as soon thereafter as the Court's calendar permits~~ October 30, 2009.  Defendants' Opposition to the SEC's summary judgment motion shall be filed no later than September 11, 2009, and the SEC's reply shall be filed no later than September 18, 2009.

**IT IS SO ORDERED.**

Dated: September 10, 2009

_____
HON. MAXINE M. CHESNEY
United States District Judge