1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   SECURITIES AND EXCHANGE              No. C-07-6423 MMC
     COMMISSION,
12                                        **ORDER DIRECTING DEFENDANTS**
                    Plaintiff,            **ROBERT OLINS AND ARGYLE CAPITAL**
13                                        **MANAGEMENT CORP. TO LODGE**
       v.                                 **CHAMBERS COPIES IN COMPLIANCE**
14                                        **WITH GENERAL ORDER 45 AND THE**
     ROBERT OLINS, et al.,                **COURT'S STANDING ORDERS**
15
                    Defendants,
16   _____/

17

18        On September 11, 2009, defendants Robert Olins and Argyle Capital Management

19   Corp. filed opposition to plaintiff's motion for partial summary judgment, and on September

20   25, 2009, filed a motion for partial summary judgment on defendants' behalf.  Defendants

21   have violated General Order 45 and the Court's Standing Orders, however, by failing to

22   deliver to the Clerk's Office "no later than noon on the business day following the day that

23   the papers are filed electronically, one paper copy of each document that is filed

24   electronically . . . marked 'Chambers Copy' and  . . . clearly marked with the judge's name,

25   case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also

26   Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

27        Defendants are hereby ORDERED to comply with General Order 45 and the Court's

28   Standing Orders by immediately submitting chambers copies of the above-referenced

documents.  Defendants are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 5, 2009

MAXINE M. CHESNEY
United States District Judge