IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT OLINS, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　　　　／ | No. C-07-6423 MMC<br><br>**ORDER VACATING HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　Before the Court are plaintiff Securities and Exchange Commission's Motion for Partial Summary Judgment, filed August 12, 2009, and defendants Robert Olins and Argyle Capital Management Corporation's Motion for Partial Summary Judgment, filed September 25, 2009. Each motion has been fully briefed. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and hereby VACATES the hearing scheduled for October 30, 2009.

　　　In light of the pendency of the motions for partial summary judgment, the Case Management Conference scheduled for October 30, 2009 is hereby CONTINUED to November 13, 2009 at 10:00 a.m. Counsel for all parties shall appear by telephone.

　　　**IT IS SO ORDERED.**

Dated: October 28, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge