| | |
|---|---|
| 1 | Richard Marshall, Esq. (Admitted *Pro Hac Vice*) |
| 2 | Eva Ciko Carman, Esq. (Admitted *Pro Hac Vice*)<br>ROPES & GRAY LLP |
| 3 | 1211 Avenue of the Americas<br>New York, New York 10020 |
| 4 | (212) 596-9000<br>(212) 596-9090 Fax |
| 5 | richard.marshall@ropesgray.com; eva.carman@ropesgray.com |
| 6 | Mark D. Rowland, Esq. (CSB #157862)<br>ROPES & GRAY LLP |
| 7 | 1900 University Avenue, 6th Floor<br>East Palo Alto, California 94303-2284 |
| 8 | (650) 617-4000<br>(650) 617-4090 Fax |
| 9 | mark.rowland@ropesgray.com |
| 10 | *Attorneys for Defendants* ROBERT OLINS *and* ARGYLE CAPITAL MANAGEMENT CORP. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>Defendants. | Case No. CV 07-06423 MMC (EDL)<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW<br><br>**Date:** August 6, 2010<br>**Time:** 9:00 a.m.<br>**Courtroom:** 7, 19th Floor<br>**Judge:** Hon. Maxine M. Chesney |

| | |
|---|---|
| 1 | |
| 2 | GOOD CAUSE HAVING BEEN SHOWN: |

GOOD CAUSE HAVING BEEN SHOWN:

Ropes & Gray LLP's Motion to Withdraw as Counsel for Defendants is GRANTED and its representation of Defendants in this action is hereby terminated.

The August 6, 2010 hearing is hereby VACATED.

**IT IS SO ORDERED.**

___July 28___, 2010

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE