Mark D. Rowland, Esq. (CSB #157862)
ROPES & GRAY, LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
(650) 617-4000
(650) 617-4090 Fax
mark.rowland@ropesgray.com

John Michael Vazquez, Esq. (Admitted *Pro Hac Vice*)
CRITCHLEY, KINUM & VAZQUEZ, LLC
75 Livingston Avenue, 3rd Floor
Roseland, New Jersey 07068
(973) 422-9200
(973) 422-9700 Fax
jvazquez@critchleylaw.com

Richard Marshall, Esq. (Admitted *Pro Hac Vice*)
Eva Ciko Carman, Esq. (Admitted *Pro Hac Vice*)
ROPES & GRAY, LLP
1211 Avenue of the Americas
New York, New York 10020
(212) 596-9000
(212) 596-9090 Fax
richard.marshall@ropesgray.com; eva.carman@ropesgray.com

*Attorneys for Defendants ROBERT OLINS and ARGYLE CAPITAL MANAGEMENT CORP.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>Defendants. | Case No.: C-07-06423 MMC<br><br>[~~PROPOSED~~] ORDER<br><br>Date: August 27, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Fl. |

This Matter having been raised by motion, pursuant to Rule 7-11 of the Civil Local Rules of the United States District Court for the Northern District of California and the Court's

Standing Order, of Defendants Robert Olins and Argyle Capital Management Corp. to adjourn the current motion of United States Securities and Exchange Commission ("SEC") for injunctive relief and monetary remedies, which is returnable on August 27, 2010, for a period of thirty (30) days, and the SEC having consented to the adjournment, and the Court having considered all submissions, and for good cause shown, IT IS HEREBY ORDERED that:

1. The SEC's motion returnable August 27, 2010 is hereby adjourned thirty (30) days to the next motion date of October 1, 2010, at 9:00 a.m.

2. The applicable time period for opposition and response submissions is likewise adjourned for a period of thirty (30) days.

Dated: _____ July 28 , 2010

_____
HON. MAXINE M. CHESNEY
U.S. District Judge