John Michael Vazquez, Esq. (Admitted *Pro Hac Vice*)
CRITCHLEY, KINUM & VAZQUEZ, LLC
75 Livingston Avenue, 3rd Floor
Roseland, New Jersey 07068
(973) 422-9200
(973) 422-9700 Fax
jvazquez@critchleylaw.com
Attorneys for Defendants ROBERT OLINS and ARGYLE CAPITAL MANAGEMENT CORP.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: C-07-06423 MMC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER |
| ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP., | Date: December 3, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom E, 15th Fl. |
| Defendants. | |

    This Matter having been raised by motion, pursuant to Rule 7-11 of the Civil Local Rules of the United States District Court for the Northern District of California and the Court's Standing Order, of Defendants Robert Olins and Argyle Capital Management Corp. to adjourn the current motion of United States Securities and Exchange Commission ("SEC") for injunctive relief and monetary remedies, which is returnable on December 3, 2010, until January 21, 2011, and the SEC having consented to the adjournment, and the Court having considered all submissions, and for good cause shown, IT IS HEREBY ORDERED that:

    1.    The SEC's motion returnable December 3, 2010 is hereby adjourned to the motion date of January 21, 2011, at 9:00 a.m.

    2.    The applicable time period for opposition and response submissions is likewise

adjourned for the relevant period.

Dated: November 10, 2010

_____
HON. MAXINE M. CHESNEY