IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>   v.<br><br>ROBERT OLINS, et al.,<br><br>             Defendants | No. C-07-6423 MMC<br><br>**ORDER VACATING JANUARY 21, 2011 HEARING ON SEC'S MOTIONS FOR INJUNCTIVE RELIEF AND MONETARY REMEDIES** |

    Before the Court is plaintiff Securities and Exchange Commission's ("SEC") "Motion for Injunctive Relief and Monetary Remedies," filed July 21, 2010. Defendants Robert Olins and Argyle Capital Management Corporation have filed opposition, to which the SEC has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for January 21, 2011.

    **IT IS SO ORDERED.**

Dated: January 19, 2011

                                                          MAXINE M. CHESNEY
                                                          United States District Judge