Nichola L. Timmons (NY Bar #2954774)
(timmonsn@sec.gov)
Dean M. Conway (conwayd@sec.gov)
Jeffrey P. Weiss (weissj@sec.gov)
Amie K. Long (longa@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-5631
Telephone: (202) 551-4456 (Timmons)
Facsimile: (703) 813-9730 (Timmons)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

-------------------------------------------------------------------x
                                                    )
SECURITIES AND EXCHANGE COMMISSION,                 )
                                                    )
            Plaintiff,                              )
                                                    )   Case No. CV-07-6423-MMC
        v.                                          )
                                                    )   ORDER GRANTING
ROBERT OLINS,                                       )   PLAINTIFF'S EX PARTE
SPATIALIGHT, INC., and                              )   MOTION FOR
ARGYLE CAPITAL MANAGEMENT CORP.                     )   ADMINISTRATIVE RELIEF
                                                    )   TO PAY PAST DUE TAXES
            Defendants.                             )
                                                    )
-------------------------------------------------------------------x

### ~~[PROPOSED]~~ ORDER APPROVING ADMINISTRATIVE RELIEF

Plaintiff Securities and Exchange Commission ("Commission") has filed an ex parte motion with the court to pay past due taxes for tax years 2010 and 2011. The Court, having reviewed the Securities and Exchange Commission's Ex Parte Motion for Administrative Relief to Pay Past Due Taxes for Tax Years 2010 & 2011, Declaration of Nichola L. Timmons in Support of Plaintiff's Ex Parte Motion for Administrative Relief to Pay Past Due Taxes, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of Court shall issue a check on CRIS account number 07-cv-6423 under the case name designation "*SEC v. Robert Olins, et al.*," for the amount of $18.00 payable to "Damasco & Associates, Trust Account," for the payment of past due taxes for tax years 2010 and 2011, as provided in the Declaration of Jude P. Damasco in Support of Request to Make Tax Payment. The check shall contain the notation "SEC v. Robert Olins, et al., 07-cv-6423, FEIN XX-XXX0557, Tax Liability 2010 & 2011."

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: October 23, 2012

UNITED STATES DISTRICT JUDGE

[Proposed] Order Approving Administrative Relief
Case No. (07-6423-MMC)