UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ROBERT OLINS, SPATIALIGHT, INC. and ARGYLE CAPITAL MANAGEMENT CORP.,<br><br>　　　　　Defendants. | Case No.:  CV 07-6423 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING HEARING ON MOTION** |

On June 30, 2014, Plaintiff Securities and Exchange Commission filed a Notice of Motion, Motion and Brief in Support of Motion for Order to Show Cause Why Defendant Robert Olins Should Not Be Held in Contempt of Court.  The hearing on the motion is currently scheduled for August 8, 2014, at 9:00 a.m.

After receiving the motion via the Court's Case Management/Electronic Case File System, on July 3, 2014, counsel for defendant Robert Olins contacted Plaintiff's counsel.  The motion was a surprise to defendant Olins as he had been participating in the liquidation of

assets by a receiver through the judgment filed in the U.S. District Court for the Southern District of New York (1:11-mc-00261-P1).  The parties discussed some of the matters contained in the Motion, but agreed to allow defense counsel to research the matters contained in the Motion and to meet and confer regarding those matters.  The parties agreed that a short continuance of the hearing on the Motion was in order to allow the parties to have meaningful discussions.

On July 3, 2014, defense counsel also contacted the Court's Courtroom Deputy who indicated that the Court was available to hear the motion on the parties' selected date of September 26, 2014, at 1:00 p.m.

Defense counsel, located in the Northern District of California, who will appear at the hearing on this Motion is also out of the district between July 26 and August 20, 2014, and would be unavailable to appear at the August 8, 2014 hearing date.

As such, to allow for a meaningful meet and confer and due to counsel's unavailability, the parties stipulate and request that the Court vacate the hearing date of August 8, 2014, and continue the hearing to September 26, 2014, at 9:00 a.m.  The parties further stipulate and request that Defendant will file any opposition to the Motion on or before August 26, 2014. Plaintiff will file any reply on or before September 3, 2014.

SO STIPULATED:

Dated: July 7, 2014                              _____/s/_____
                                                 JOHN S. SILBERMAN
                                                 Attorney for Plaintiff
                                                 SECURITIES AND EXCHANGE
                                                 COMMISSION


Dated: July 7, 2014                              _____/s/_____
                                                 EDWIN PRATHER
                                                 Attorney for Defendant
                                                 ROBERT OLINS

JOINT STIPULATION AND [PROPOSED] ORDER RE RESCHEDULING
HEARING ON MOTION [Case No.: CV 07-6423 MMC]                                          2

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, the hearing for Plaintiff's Motion for Order to Show Cause Why Defendant Robert Olins Should Not Be Held in Contempt of Court is hereby continued until September 26, 2014, at 9:00 a.m. Defendant will file any opposition to the Motion on or before August 26, 2014. Plaintiff will file any reply on or before September 3, 2014.

IT IS SO ORDERED.

Dated: __July 7, 2014_____      _____
                                                   HON. MAXINE M. CHESNEY
                                                   U.S. DISTRICT JUDGE