1 | JOHN G. SILBERMANN (Trial Counsel) (MA Bar No. 630202)
SilbermannJ@sec.gov
2 | MARSHA C. MASSEY
**SECURITIES AND EXCHANGE COMMISSION**
3 | 100 F Street, N.E.
Washington, DC 20549-4010
4 | Telephone:  (202) 551-4907 (Silbermann)
Facsimile:  (202) 572-1372 (Silbermann)
5 | Counsel for Plaintiff

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 **SECURITIES AND EXCHANGE COMMISSION,** | **Case No. CV-07-6423-MMC** |
| 12 Plaintiff, | |
| 13 vs. | [~~PROPOSED~~] **ORDER TO SHOW CAUSE** |
| 14 **ROBERT OLINS,** | Time: 9:00 a.m. |
| **SPATIALIGHT, INC. and** | ~~Date: August 8, 2014~~ |
| 15 **ARGYLE CAPITAL MANAGEMENT CORP.,** | Judge: Maxine Chesney |
| 16 **Defendants.** | |
| 17 | |

18

19          Upon motion by Plaintiff United States Securities and Exchange Commission, and good cause

20   appearing,

21          IT IS ORDERED that Plaintiff's Motion for Order to Show Cause Why Defendant Robert

22   Olins Should Not Be Held in Civil Contempt (Dkt # _185_ ) is GRANTED.

23          IT IS FURTHER ORDERED that Defendant Robert  Olins, shall appear on ~~August 8 2014~~, at
   March 23, 2015,

24   9:00 a.m., in Courtroom 7, 19th Floor, of the United States Courthouse, 450 Golden Gate Avenue,

25

26   San Francisco, CA 94102, and show cause why he should not be held in civil contempt for violating

27

28

[PROPOSED] ORDER TO SHOW CAUSE
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC

1  | the injunctive Order entered on February 25, 2011 (Dkt # 160).

2  |      IT IS FURTHER ORDERED that the parties shall file, no later than March 9, 2015, a Joint Prehearing Statement.

3  |      Dated this __26th__ day of __September_____, 2014.

**MAXINE M. CHESNEY**
**UNITED STATES DISTRICT JUDGE**

[PROPOSED] ORDER TO SHOW CAUSE      -2-
*SEC v. Olins, et al*
Case No. CV-07-6423-MMC