1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

12

13

14

15

16

17

18

SECURITIES AND EXCHANGE

COMMISSION,

        Plaintiff,

      v.

ROBERT OLINS, et al.,

        Defendants.

Case No.:  C 07-6423 MMC

**JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT ROBERT OLINS SHOULD NOT BE HELD IN CONTEMPT**

19

20

21

      Pending before the Court is Plaintiff Securities and Exchange Commission's Motion for Order to Show Cause Why Defendant Robert Olins Should Not Be Held In Contempt of Court. The parties appeared on the Motion before on September 26, 2014.

22

23

24

      At the September 26, 2014 hearing on the Motion, Plaintiff identified areas in which it sought to conduct discovery, including but not limited to taking Mr. Olins' deposition.  Plaintiff indicated its intent to seek discovery from multiple parties and also from a foreign jurisdiction.

25

JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING ON
PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT
ROBERT OLINS SHOULD NOT BE HELD IN CONTEMPT  [Case No.: C 07-6423 MMC]

1

1  The Court reserved March 23 and 24, 2015, for a two-day evidentiary hearing on the matter

2  and ordered Mr. Olins present.

3      Due to on-going discovery and other yet-to-be-finalized matters, the Court also directed

4  the parties to submit a joint prehearing statement, on or before March 9, 2015, to address any

5  continuing concerns.

6      As of today's date, Plaintiff has taken several depositions, including Mr. Olins' deposition

7  in New York, and served subpoenas for documents on a number of parties.   Plaintiff has

8  identified additional parties that it intends on serving with subpoenas for depositions and

9  additional documents.  Plaintiff also indicates that it is currently corresponding with the

10  Attorney General's Office for the Isle of Man in an attempt to obtain possibly relevant business

11  records.

12      Due to on going discovery which Plaintiff is entitled, to allow the parties to review and

13  analyze said discovery, and to allow the parties to continue to meet and confer regarding

14  discovery and any resultant issues, the parties seek to continue the hearing, currently set for

15  March 23 and 24, 2015, until July 6 and 7, 2015.  The date appears to be available based on

16  communications with the Court's Clerk.  The parties will provide the Court with a joint status

17  brief on June 22, 2015.

18  SO STIPULATED:

19  Dated: March 2, 2015                    _____/s/_____
                                           JOHN SILBERMANN
20                                         Attorney for Plaintiff
                                           SECURITIES AND EXCHANGE
21                                         COMMISSION

22

23

    Dated: March 2, 2015                    _____/s/_____
24                                         EDWIN PRATHER
                                           Attorney for Defendant
25                                         ROBERT OLINS

JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING ON
PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT
ROBERT OLINS SHOULD NOT BE HELD IN CONTEMPT  [Case No.: C 07-6423 MMC]                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the evidentiary hearing currently set for March 23 and 24, 2015, is vacated.  The Court will conduct the evidentiary hearing on July 6 and 7, 2015.  Mr. Olins must be present.  The parties are directed to provide the Court with a joint prehearing statement, on or before, June 22, 2015.

IT IS SO ORDERED.

Dated: __March 3, 2015_____

_____
HON. MAXINE M. CHESNEY
U.S. DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING ON
PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT
ROBERT OLINS SHOULD NOT BE HELD IN CONTEMPT  [Case No.: C 07-6423 MMC]

3