|    |    |
|---|---|
| 1  | UNITED STATES DISTRICT COURT |
| 2  | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
|    | SAN FRANCISCO DIVISION |

---------------------------------------------------------------------x
)
SECURITIES AND EXCHANGE COMMISSION, )
)
          Plaintiff, )
)   Case No. CV-07-6423-MMC
          v. )
)   ORDER GRANTING
ROBERT OLINS, )   PLAINTIFF'S EX PARTE
SPATIALIGHT, INC., and )   MOTION FOR
ARGYLE CAPITAL MANAGEMENT CORP. )   ADMINISTRATIVE RELIEF
)   TO PAY FEES AND EXPENSES
          Defendants. )   OF TAX ADMINISTRATOR
)
---------------------------------------------------------------------x

## [PROPOSED] ORDER APPROVING ADMINISTRATIVE RELIEF

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") has filed an ex parte motion with the court to pay the Tax Administrator's fees and expenses for the preparation and filing of the 2014 Qualified Settlement Fund income tax return and related tax compliance services performed on behalf of the Distribution Fund.  The Court, having reviewed the Securities and Exchange Commission's Ex Parte Motion for Administrative Relief to Pay Fees and Expenses of Tax Administrator, Declaration of Nichola L. Timmons in Support of Plaintiff's Ex Parte Motion for Administrative Relief to Pay Fees and Taxes of Tax Administrator (the "Timmons Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of Court shall issue a check on CRIS account number 07-cv-6423 under the case name designation "*SEC v. Robert Olins, et al.*," for the amount of $2,093.29 payable to "Damasco & Associates," for the payment of fees and expenses, as provided in the Declaration of Jude P. Damasco

in Support of Fee Request attached to the Timmons Declaration as Exhibit A.  The check shall contain the notation "SEC v. Robert Olins, et al., 07-cv-6423, Inv. 4534"

    2.    The Clerk shall send the check by overnight mail to:

Damasco & Associates
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: March 16, 2015

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Approving Administrative Relief
Case No. (07-6423-MMC)

2