IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT OLINS, *et al.*,<br><br>　　　　Defendants.<br>_____ / | No. CV-07-6423  MMC<br><br>**ORDER RE: AMENDED MOTION FOR ADMINISTRATIVE RELIEF** |

Before the Court is defendant Robert Olins's Amended Motion for Administrative Relief, filed August 24, 2015, by which motion defendant seeks a continuance of the hearing on plaintiff Securities and Exchange Commission's Motion for Order to Show Cause, presently scheduled for hearing August 31, 2015.  Pursuant to the Civil Local Rules of this district, any opposition to defendant's Amended Motion must be filed "no later than 4 days after the motion [was] filed," see Civil L. R. 7-11(b), namely August 28, 2015.  Given the date of the upcoming hearing, however, and the limited nature of the amendment made to defendant's motion as initially filed on August 21, 2015, the Court finds it appropriate to advance the deadline for the filing of plaintiff's response.

Accordingly, plaintiff is hereby DIRECTED to file its response to defendant's motion no later than August 27, 2015, at 4:00 p.m.

**IT IS SO ORDERED.**

Dated:  August 26, 2015

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge