IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT OLINS, *et al.*,<br><br>          Defendants.<br> _____/ | No. CV-07-6423 MMC<br><br>**ORDER GRANTING CONTINUANCE AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

      Before the Court is defendant Robert Olins's ("Olins") Amended Motion for Administrative Relief, filed August 24, 2015, by which Olins seeks a continuance of the hearing on plaintiff Securities and Exchange Commission's ("SEC") Motion for Order to Show Cause, as well as production of certain exhibits in the SEC's possession.  On August 26, 2015, the SEC filed a response in which it states it does not oppose the requested continuance, but makes no reference to the request for production.

      Accordingly, to the extent Olins seeks a continuance, the motion is GRANTED, and the hearing on the SEC's Motion will be conducted on September 21 and September 22, 2015.  As to Olins's request for an order directing the SEC to produce exhibits, the Court hereby SCHEDULES a Case Management Conference for September 4, 2015, at 10:30 a.m., at which the parties shall be prepared to address that matter, as well as any other

1  matters bearing on the upcoming hearing.  A Joint Case Management Statement shall be
2  filed no later than September 2, 2015.

4  **IT IS SO ORDERED.**

6  Dated:  August 27, 2015

                                              MAXINE M. CHESNEY
                                              United States District Judge