# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROBERT OLINS, *et al.*,<br><br>　　　　　Defendants. | Case No.:  C 07-6423 MMC<br><br>**JOINT STIPULATION RE DECEMBER 18, 2015 STATUS CONFERENCE; [PROPOSED] ORDER** |

On November 4, 2015, the Court held a conference call with the parties regarding defendant Robert Olins' Motion to Stay SEC Civil Contempt Hearing Pending Resolution of Criminal Proceeding in the Southern District of New York ("Motion to Stay") and defendant Olins' request to hear the Motion to Stay on shortened time.  At the conclusion of the conference call, the Court granted defendant Olins' request to hear the Motion to Stay on Shortened Time and granted the Motion to Stay.

During the November 4, 2015 telephonic hearing, the Court set a status conference on the SEC's Motion for Order to Show Cause Why Defendant Robert Olins Should Not Be Held In Contempt of Court (hereinafter the "SEC's Motion") on December 18, 2015, at 9:30 a.m. to receive an update regarding the criminal case filed against defendant Olins in the Southern District of New York.  The Court also request a joint statement regarding status to be filed on or before December 11, 2015.

During the November 4, 2015 hearing, defense counsel for Mr. Olins represented that the U.S. Attorney's Office for the Southern District of New York and the SEC were engaged in on-going discussions with Mr. Olins regarding his criminal matter.  At that time, the parties agreed to have continued discussions and that an indictment would not be yet filed against Mr. Olins (Mr. Olins has been charged thus far by way of criminal complaint).

As of today's date, undersigned defense counsel has been told that although progress has been made, discussions between the prosecution and defense continue and an indictment has not yet been filed.  The parties have tentatively agreed to move the December 14, 2015 deadline date for an indictment to sometime in January or February 2016.  It appears that more information will be available sometime in January or February 2016.

As such, any status conference on the instant matter and the SEC's Motion is premature and the parties jointly request and stipulate that the December 18, 2015 status conference be continued to February 12, 2016, at 9:30 a.m.  The parties will submit an additional joint statement, on or before, February 5, 2016, advising the Court of the status of the criminal case in the Southern District of New York.

///

SO STIPULATED,

Dated: December 9, 2015                   _____/s/_____
                                          JOHN SILBERMANN
                                          Attorney for Plaintiff
                                          SECURITIES AND EXCHANGE
                                          COMMISSION


Dated: December 9, 2015                   _____/s/_____
                                          EDWIN PRATHER
                                          PRATHER LAW OFFICES
                                          Attorneys for Defendant
                                          ROBERT OLINS

### [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the December 18, 2015 status conference shall be continued to February 12, 2016, at 9:30 a.m.  The parties will submit a joint statement on or before, February 5, 2016, advising the Court of the status of the criminal case in the Southern District of New York.

IT IS SO ORDERED.


Dated: December 10, 2015                  _____
                                          HON. MAXINE M. CHESNEY
                                          U.S. DISTRICT JUDGE