**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT OLINS, *et al.,*<br><br>        Defendants. | Case No.:  C 07-6423 MMC<br><br>**JOINT STIPULATION RE FEBRUARY 12, 2016 STATUS CONFERENCE; [PROPOSED] ORDER** |

On November 4, 2015, the Court granted defendant Robert Olins' Motion to Stay SEC Civil Contempt Hearing Pending Resolution of Criminal Proceeding in the Southern District of New York ("Motion to Stay") and defendant Olins' request to hear the Motion to Stay on shortened time.   However, the Court also set a status conference on the SEC's Motion for Order to Show Cause Why Defendant Robert Olins Should Not Be Held In Contempt of Court (hereinafter the "SEC's Motion") to receive an update regarding the criminal case filed against

defendant Olins in the Southern District of New York.  That continued status conference is currently set for February 12, 2016, and the Court also requested that a joint status statement be filed one week prior.

At the last status statement filed before the Court, a criminal indictment had not yet been filed against Mr. Olins.  However, a criminal indictment has now been filed against Mr. Olins in the Southern District of New York.  Undersigned defense counsel has been told that the criminal prosecutor mentioned the filing of a superseding indictment, but that no such filing has yet occurred.  Defense counsel also reports that settlement discussions between the prosecution and defense continue in the criminal matter.  The next court date in the criminal matter is set for March 22, 2016.

It is the parties' position that any status conference on the instant matter and the SEC's Motion is premature and the parties jointly request and stipulate that the February 12, 2016 status conference be continued to April 8, 2016, at 9:30 a.m.  The parties will submit an additional joint statement, on or before, April 1, 2016, advising the Court of the status of the criminal case in the Southern District of New York.

SO STIPULATED,

Dated: February 4, 2016        _____/s/_____
JOHN SILBERMANN
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION


Dated: February 4, 2016        \_\_\_\_\_/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
ROBERT OLINS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, the February 12, 2016

status conference ̭ shall be continued to April 8, 2016, at 9:30 a.m.  The parties ̭ will submit a
        is                                                                          shall

joint statement on or before, April 1, 2016, advising the Court of the status of the criminal case

in the Southern District of New York.

IT IS SO ORDERED.

Dated: February 4, 2016

HON. MAXINE M. CHESNEY
U.S. SENIOR DISTRICT JUDGE