UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

------------------------------------------------------------------x
)
SECURITIES AND EXCHANGE COMMISSION, )
)
      Plaintiff, ) Case Number: CV-07-6423-MMC
)
      v. ) ORDER GRANTING
) PLAINTIFF'S EX PARTE MOTION FOR
ROBERT OLINS, ) ADMINISTRATIVE RELIEF
SPATIALIGHT, INC., and ) TO PAY FEES AND EXPENSES
ARGYLE CAPITAL MANAGEMENT CORP. ) OF TAX ADMINISTRATOR
)
      Defendants. )
)
)
------------------------------------------------------------------x

## [PROPOSED] ORDER APPROVING ADMINISTRATIVE RELIEF

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") has filed an ex parte motion with the court to pay the Tax Administrator's fees and expenses for the preparation and filing of tax returns for tax year 2015 and related general consulting services performed on behalf of the Distribution Fund.  The Court, having reviewed the Securities and Exchange Commission's Ex Parte Motion for Administrative Relief to Pay Fees and Taxes of Tax Administrator (the "Timmons Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

      1.     The Clerk of Court shall issue a check on CRIS account number 07-cv-6423 under the case name designation "*SEC v. Robert Olins, et al*.," for the a mount of $1,769.82 payable to "Damasco & Associates," for the payment of fees and expenses, as provided in the Declaration of Jude P. Damasco in Support of Fee Request attached to the Timmons Declaration as Exhibit A.  The check shall contain the notation "SEC v. Robert Olins, et al., 07-cv-6423, Inv. 7344".

    2.   The Clerk shall send the check by overnight mail to:

    Damasco & Associates
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: March 14, 2016

_____
UNITED STATES DISTRICT JUDGE