# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT OLINS, *et al.*,<br><br>　　　　Defendants. | Case No.:  C 07-6423 MMC<br><br>**JOINT STIPULATION RE APRIL 8, 2016 STATUS CONFERENCE; [PROPOSED] ORDER** |

　　On November 4, 2015, the Court granted defendant Robert Olins' Motion to Stay SEC Civil Contempt Hearing Pending Resolution of Criminal Proceeding in the Southern District of New York ("Motion to Stay") and defendant Olins' request to hear the Motion to Stay on shortened time.  However, the Court also set a status conference on the SEC's Motion for Order to Show Cause Why Defendant Robert Olins Should Not Be Held In Contempt of Court (hereinafter the "SEC's Motion") to receive an update regarding the criminal case filed against

defendant Olins in the Southern District of New York.  That status conference has been continued multiple times and is currently set for April 8, 2016.

In the last status statement filed with the Court, the parties reported that a criminal indictment had been filed against Mr. Olins in the Southern District of New York.  However, recently, at the March 22, 2016 status conference in the criminal case, the Court in the Southern District of New York set Mr. Olins' matter to begin a jury trial on June 27, 2016.

As such, it is the parties' position that any status conference on the instant matter and the SEC's Motion is premature and the parties jointly request and stipulate that the April 8, 2016 status conference be continued to July 15, 2016, at 9:30 a.m., after the completion of the criminal jury trial.  The parties will submit an additional joint statement, on or before, July 8, 2016, advising the Court of the status of the criminal case in the Southern District of New York.

SO STIPULATED,

Dated: March 31, 2016                _____/s/_____
                                     JOHN SILBERMANN
                                     Attorney for Plaintiff
                                     SECURITIES AND EXCHANGE
                                     COMMISSION


Dated: March 31, 2016                _____/s/_____
                                     EDWIN PRATHER
                                     PRATHER LAW OFFICES
                                     Attorneys for Defendant
                                     ROBERT OLINS

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, the April 8, 2016 status conference shall be continued to July 15, 2016, at 9:30 a.m.  The parties will submit a joint statement on or before, July 8, 2016, advising the Court of the status of the criminal case in the Southern District of New York.

IT IS SO ORDERED.

Dated: March 31, 2016

_____
HON. MAXINE M. CHESNEY
U.S. SENIOR DISTRICT JUDGE

JOINT STIPULATION RE APRIL 8, 2016 STATUS CONFERENCE;
[PROPOSED] ORDER [Case No.: C 07-6423 MMC]            3