**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT OLINS, *et al.,*<br><br>    Defendants. | Case No.:  C 07-6423 MMC<br><br>**JOINT STIPULATION RE JULY 22, 2016 STATUS CONFERENCE;** ~~**[PROPOSED]**~~ **ORDER** |

On November 4, 2015, the Court granted defendant Robert Olins' Motion to Stay SEC Civil Contempt Hearing Pending Resolution of Criminal Proceeding in the Southern District of New York ("Motion to Stay") and defendant Olins' request to hear the Motion to Stay on shortened time.  However, the Court also set a status conference on the SEC's Motion for Order to Show Cause Why Defendant Robert Olins Should Not Be Held In Contempt of Court (hereinafter the "SEC's Motion") to receive an update regarding the criminal case filed against

defendant Olins in the Southern District of New York.  That status conference has been continued multiple times and is currently set for July 22, 2016.

As the Court is unavailable on July 22, 2016, the parties have agreed that the status conference go over to September 2, 2016, at 10:30 a.m.  The parties will submit a further joint statement, on or before, August 26, 2016.

Mr. Silbermann, counsel for the Plaintiff, also requests that the September 2, 2016 status conference be a telephonic conference.  Mr. Silbermann requests a telephonic conference, because he will be in Washington D.C.  Mr. Silberman may be reached on September 2, 2016, at 10:30 am at 202.551.4907.  Mr. Prather, counsel for Mr. Olins, may be reached at 415.225.4777.

SO STIPULATED,

Dated: July 15, 2016   _____/s/_____
JOHN SILBERMANN
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

Dated: July 15, 2016   _____/s/_____
EDWIN PRATHER
PRATHER LAW OFFICES
Attorneys for Defendant
ROBERT OLINS

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, the July 22, 2016 status conference shall be continued to September 2, 2016, at 10:30 a.m.  The parties will submit a joint statement on or before, August 26, 2016.

The September 2, 2016 status conference shall be a telephonic conference and the Court will initiate the call using the telephone numbers provided by counsel.

IT IS SO ORDERED.

Dated: July 19, 2016

_____
HON. MAXINE M. CHESNEY
U.S. SENIOR DISTRICT JUDGE