EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com
　　　　max@pratherlawoffices.com

Attorneys for Defendant
ROBERT OLINS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT OLINS, *et al.,*<br><br>　　　　　Defendants. | Case No.:  C 07-6423 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DECEMBER 12 AND 13, 2016 EVIDENTIARY HEARING** |

　　　　This matter is currently set for an evidentiary hearing on December 12 and 13, 2016, on the Security Exchange Commission's Motion For Order To Show Why Defendant Robert Olins Should Not Be Held In Contempt.

　　　　Counsel for Mr. Olins recently completed a jury trial in *USA v. Alvin Florida, et al.,* CR 14-0582 PJH, which ended in a mistrial.  On November 21, 2016, the Trial Court ordered the parties to appear on December 5, 2016, to begin the re-trial of the case.  Although the numerous defense counsel cited numerous conflicts with the re-trial date due to other court

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF
DECEMBER 12 AND 13, 2016 EVIDENTIARY HEARING [Case No.: C 07-6423 MMC]　　　　1

appearances, the Court instructed the parties to seek continuances in other cases and to be available on December 5, 2016.  The re-trial of *USA v. Florida* will conflict with this matter's December 12 and 13, 2016 evidentiary hearing and as such, defense counsel for Mr. Olins is now unavailable on these dates.

Based on the foregoing, defense counsel requests, and the government agrees, that the evidentiary hearing in this matter should be continued to January 30 and 31, 2017.

SO STIPULATED.

Respectfully submitted,

Dated: November 22, 2016         _____/s/_____
                                 JOHN SILBERMANN
                                 Attorney for Plaintiff
                                 SECURITIES AND EXCHANGE
                                 COMMISSION

Dated: November 22, 2016         _____/s/_____
                                 EDWIN PRATHER
                                 PRATHER LAW OFFICES
                                 Attorneys for Defendant
                                 ROBERT OLINS

### [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the evidentiary hearing in this matter be continued to January 30 and 31, 2017.  The parties will submit a joint statement individual trial briefs regarding the hearing on or before January 23 17, 2017.

Dated: November 28, 2016         _____/s/ Maxine M. Chesney_____
                                 THE HONORABLE MAXINE M. CHESNEY
                                 UNITED STATES SENIOR DISTRICT JUDGE