EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
ROBERT OLINS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>ROBERT OLINS, *et al.*,<br><br>       Defendants. | Case No.:  C 07-6423 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF SEC'S MOTION AND VACATING EVIDENTIARY HEARING** AND ORDER TO SHOW CAUSE |

   This matter is currently set for an evidentiary hearing on January 30 and 31, 2017, on the Security Exchange Commission's Motion For Order To Show Why Defendant Robert Olins Should Not Be Held In Contempt (the "Motion").

   Plaintiff Securities and Exchange Commission dismisses its Motion and requests that the Court vacate the evidentiary hearing on January 30 and 31, 2017.  The defendant agrees and jointly submits this stipulation and order.

SO STIPULATED.

Respectfully submitted,

Dated: January 24, 2017          _____/s/_____
                                 JOHN SILBERMANN
                                 Attorney for Plaintiff
                                 SECURITIES AND EXCHANGE
                                 COMMISSION


Dated: January 24, 2017          _____/s/_____
                                 EDWIN PRATHER
                                 PRATHER LAW OFFICES
                                 Attorneys for Defendant
                                 ROBERT OLINS


## [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the Security Exchange Commission's Motion For Order To Show Why Defendant Robert Olins Should Not Be Held In Contempt is dismissed and the Court's Order to Show Cause, filed September 26, 2014, and evidentiary hearing ~~in this matter~~ thereon are ~~is~~ hereby vacated.

Dated: January 24, 2017          _____
                                 THE HONORABLE MAXINE M. CHESNEY
                                 UNITED STATES SENIOR DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF SEC'S MOTION
AND VACATING EVIDENTIARY HEARING [Case No.: C 07-6423 MMC]                    2