1
2
 

                               UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                             SAN FRANCISCO DIVISION

----------------------------------------------------------------x
                            )

SECURITIES AND EXCHANGE COMMISSION,  )

                            )

             Plaintiff,           )     Case Number: CV-07-6423-MMC

                            )

             v.               )     ORDER GRANTING
                            )     PLAINTIFF'S EX PARTE MOTION FOR

ROBERT OLINS,               )     ADMINISTRATIVE RELIEF
SPATIALIGHT, INC., and         )     TO PAY FEES AND EXPENSES
ARGYLE CAPITAL MANAGEMENT CORP.  )     OF TAX ADMINISTRATOR

                            )

            Defendants.      )

                            )

                            )

----------------------------------------------------------------x

## [PROPOSED] ORDER APPROVING ADMINISTRATIVE RELIEF

       Plaintiff Securities and Exchange Commission ("SEC" or "Commission") has filed an ex

parte motion with the court to pay the Tax Administrator's fees and expenses for the preparation

and filing of tax returns for tax year 2016 and related general consulting services performed on

behalf of the Distribution Fund.  The Court, having reviewed the Securities and Exchange

Commission's Ex Parte Motion for Administrative Relief to Pay Fees and Taxes of Tax

Administrator, (the "Timmons Declaration"), and for good cause shown,
             the Declaration of Nichola L. Timmons in support thereof

**IT IS HEREBY ORDERED:**

       1.      The Clerk of Court shall issue a check on CRIS account number 07-cv-6423

under the case name designation "*SEC v. Robert Olins, et al*.," for the a mount of $1,750.00

payable to "Damasco & Associates,"[1] for the payment of fees and expenses, as provided in the

Declaration of Jude P. Damasco in Support of Fee Request attached to the Timmons Declaration

------

[1] As of October 1, 2016, Damasco and Associates, LLC, became a part of Miller Kaplan Arase LLC.  ~~Other~~ than a
name change, their engagement with the SEC and their ability to carry out their appointment as Tax Administrator
for this case have not changed.
                                      According to the SEC, other

[Proposed] Order Approving Administrative Relief
(Case No. 07-6423-MMC)

as Exhibit A.  The check shall contain the notation "SEC v. Robert Olins, et al., 07-cv-6423, Inv. 7344".

   2.  The Clerk shall send the check by overnight mail to:

Damasco & Associates
314 South River Street, Suite 201
Hailey, ID  83333
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated:  March 13, 2017

                         
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Approving Administrative Relief
(Case No. 07-6423-MMC)