UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ROBERT OLINS,
SPATIALIGHT, INC., and
ARGYLE CAPITAL MANAGEMENT CORP.

    Defendants.

Case No.: CV-07-6423-MMC

**ORDER GRANING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF~~T~~ TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR**

## ~~[PROPOSED]~~ ORDER APPROVING ADMINISTRATIVE RELIEF

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") has filed an ex parte motion with the court to pay the Tax Administrator's fees and expenses for the preparation and filing of tax returns for tax year 2018 and related general consulting services performed on behalf of the Distribution Fund. The Court, having reviewed the Securities and Exchange Commission's Ex Parte Motion for Administrative Relief to Pay Fees and Taxes of Tax Administrator, the Declaration of Nichola L. Timmons in support thereof (the "Timmons Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of Court shall issue a check on CRIS account number 07-cv-6423 under the case name designation "*SEC v. Robert Olins, et al.*," for the amount of $1,726.60 payable to "Damasco & Associates,"[1] for the payment of fees and expenses, as provided in the Declaration of Jude P. Damasco in Support of Fee Request attached to the Timmons Declaration as Exhibit A. The check shall contain the notation "SEC v. Robert Olins, et al., 07-cv-6423, Inv. 513453".

---

[1] As of October 1, 2016, Damasco & Associates LLP, became a part of Miller Kaplan Arase LLP. According to the SEC, other ~~Other~~ than a name change, their engagement with the SEC and their ability to carry out their appointment as Tax Administrator for this case has not changed.

~~[Proposed]~~ Order Approving Administrative Relief
(Case No. 07-CV-6423-MMC)

1

2. The Clerk shall send the check by overnight mail to:

> Miller Kaplan Arase LLP
> 4123 Lankershim Boulevard
> North Hollywood, CA 91602
> Phone: 650-726-4100

The Plaintiff's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: October 10, 2019

_____
UNITED STATES DISTRICT JUDGE